**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

**No. 96-2477**

———————————————

In Re:  EDWARD R. BUTLER,

                                                  Debtor.

_____


TERRY L. MUSIKA,

                                       Plaintiff - Appellee,

          versus

EDWARD R. BUTLER,

                                       Defendant - Appellant.


———————————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Harvey II, Senior District
Judge. (CA-96-1855-H, BK-90-5-308-JS, CA-96-1881-H, BK-90-5-3087-
JS, ADV-91-5-5430-JS)

———————————————

Submitted:  December 2, 1997      Decided:  December 18, 1997

———————————————

Before HAMILTON, WILLIAMS, and MOTZ, Circuit Judges.

———————————————

Affirmed by unpublished per curiam opinion.

———————————————

Edward R. Butler, Appellant Pro Se.  Kenneth Oestreicher, WHITE-
FORD, TAYLOR & PRESTON, Baltimore, Maryland; Terry L. Musika,
UNITED STATES TRUSTEE, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order affirming the bankruptcy court's orders denying Appellant's motions for reconsideration of the orders approving the settlement of a claim of the bankruptcy estate and approving payment of compensation to the attorneys for the Trustee. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Musika v. Butler</u>, Nos. CA-96-1855-H; BK-90-5-308-JS; CA-96-1881-H; BK-90-5-3087-JS; ADV-91-5-5430-JS (D. Md. Sept. 11, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2